## WILKINSON *vs.* LANE & HOLMES.

Though this court, if sitting as a jury in the box of the superior court, would probably not have rendered the verdict which was rendered, there was no abuse of discretion by the presiding judge in not setting it aside. There is enough evidence to uphold it in a court of errors, and it is not contrary to law.

BLECKLEY, Justice.